# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: __N/A None__

__Victor Fuentes #0493231__
(Write the full name of the plaintiff)

vs.

__Sergeant Ballou__
__CERT Deputy K. #13004 #21295__
__Deputy Johnson #13004__
__Palm Beach County Jail__
(Write the full name of the defendant/s in this case)

FILED BY __PCO__ D.C.

SEP 1 6 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: __Victor Fuentes__

Address: __W. Detention Center P.O. Box 1450 Belle Glade, Fl. 33430__

Inmate/Prison No.: __0493231__

Year of Birth: __10/27/97__ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __Mr. Ballou__   Defendant: __K. Davis Jr.__

Official Position: __Sergeant__   Official Position: __CERT-Team Deputy__

Place of Employment: __W. Palm Beach County Jail__   Place of Employment: __W. Palm Beach County Jail__

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

# Additional Defendants Attachment

VS. Defendant: Mr. Johnson #13004

Official Position: Deputy

Place of Employment: Palm Beach Co. Jail

VS. Defendant: PBSO Sheriffs Office

Official Position: Corrections Department

Place of Employment: Palm Beach Co. Jail

B.

## II. Statement of Claim — Attachment

said "Fuck the Camera". I was then taken to Medical to see a Nurse, to examine the wound on my Elbow. After I saw the Nurse, I was brought to the (Body Scanner). While in Cuffs I was Scaned, and they saw the Knife on me. Then I was taken to Rm.134 to be Serched by, Deputy Davis, Deputy Johnson, and Sgt. Ballou. At that point Davis took out his (Emergency Knife), and he began to Cut Off my Personal Sweatshirt and Inmate Uniform. I asked Davis why he was cutting off my clothes, and he said it was because I had (Contraband) on me, and I admited to this. I was in Cuffs so, I gave them permission to get it. But instead of getting the Knife, he punched me in the Face Breaking my Nose. I fell to my knees and he said "Fuck You". Then all (3) of them picked me up, and Slammed me Head First into the Wall. You asked them why they were doing all this, since you were Co-operating with them. Then Davis kicked my Feet apart, and the Knife Fell out. They took the Cuffs off so I could put on another Uniform, and they began (Baiting Me) into a Fight as Sgt. Ballou pointed a (Tazer) at me, but I refused to Fight. Then they took me to (Outside) Medical for Stiches on my Elbow, and to examin my Broken Nose. After returning I was placed in the Jails Medical Infirmary. In the Deputies Report, they Claimed Gomez broke my Nose, but the Cameras will show different, as I block it with my Elbow, that's why I need Stiches.

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

On 2/26/25, at approximately 4:58 AM, during Breakfast Feeding, a Fight broke out between Mr. Gomez and Myself. We were both Inmates at the W. Palm Beach Detention Center, in Pod E-4. Mr. Gomez was Attaking me, and I defended myself with my Left Elbow, the Cameras will Verify this. After his attack on me, I chased him with a Jail House Knife, because I was scared for my life. After the Deputies responded to the Emegency Call, I was placed in Hand-Cuffs. At that point I asked the Deputies to verify that I was Defending Myself on the Cameras, and Sgt. Ballou

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I'm Suing For $300,000.00 for Damages, Mental Angish, Pain and Suffing, and whatever the Court deems appropriate.

## IV. Jury Demand

Are you demanding a jury trial? __✓__ Yes ____ No

Signed this __9/10/25__ day of __September__, 20__25__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __9/10/25__

_____
Signature of Plaintiff

West Detention Center
Victor Fuentes #0493231
P.O. Box 1450
West Palm Beach, Fl 33430

WEST PALM BCH FL 334

12 SEP 2025 AM 2 L



Clerks Office
United States District Court
Southern District of Florida
400 North Miami Ave. 8N09
Miami, Fl. 33128-7716

✱Legal Mail

331287716 C071

SEP 16 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D BY_____ D.C.

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored
The Sheriff Cannot Assume Responsibility For Its Contents